**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dimension Design, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **M. Rogers Design, Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0011625** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3400 W. Lake Ave.**<br>**Glenview, IL 60026**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **http://www.dimensiondesign.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Dimension Design, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__3133__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor      **Dimension Design, Inc.**                                Case number (*if known*) _____

      Name

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**

    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**    ■ No
**have possession of any**
**real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

                    Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency _____

            Contact name _____

            Phone _____

---

■   **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
**available funds**

    ■ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Dimension Design, Inc.** _____   Case number (*if known*) _____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 30, 2020**
MM / DD / YYYY

X _____   **Michael J. Rogers**
Signature of authorized representative of debtor   Printed name

Title   **President**

---

**18. Signature of attorney**

X   /s/ Harold D. Israel   Date **September 30, 2020**
Signature of attorney for debtor   MM / DD / YYYY

**Harold D. Israel**
Printed name

**Levenfeld Pearlstein, LLC**
Firm name

**2 N. LaSalle St.**
**Suite 1300**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **312-346-8380**   Email address   **hisrael@lplegal.com**

**6216289 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name  **Dimension Design, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  *Amended Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 30, 2020**        X
                                              Signature of individual signing on behalf of debtor

                                              **Michael J. Rogers**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Dimension Design, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JPMorgan Chase Bank, N.A. 10 S. Dearborn, Floor L2 IL 1-1145 Chicago, IL 60603** | **Attn: Grant Weber** **312-732-6533** | **PPP Loan** | **Contingent Unliquidated Disputed** | | | **$3,236,585.00** |
| **Dietsch, Frederick & Theresa 1921 Bishop Estates Rd. Saint Johns, FL 32259** | freddietsch@comc ast.net | Loan | | | | **$247,704.38** |
| **Oracle America, Inc. 500 Oracle Parkway Redwood City, CA 94065** | **Attn: Kimberley Galerneau** kimberly.a.galernea u@leaseadmincent er.com 248-503-5172 | **Trade Debt** | | | | **$66,807.46** |
| **IC Industrial Illinois LLC Glenview 2 - ychi0902 PO Box 82551 Goleta, CA 93118** | **Attn: Aleks Gluhcheva, CBRE** **Aleks.gluhcheva@ cbre.com 630-368-5536** | **Real Property Lease** | | | | **$50,000.00** |
| **Blue Cross Blue Shield PO Box 1186 Chicago, IL 60690-1186** | **Attn: Premium Acct. Receivable** **855-267-0215** | **Group Health Insurance** | | | | **$34,760.01** |
| **Gerber Technology Inc. PO Box 95060 Chicago, IL 60694-5060** | **Attn: Steven Prokop** steven.prokop@ge rbertechnology.co m 866-896-6064 | **Trade Debt** | | | | **$28,137.38** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Dimension Design, Inc.**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Saturn Manufacturing Company Inc PO Box 1377 Deerfield, IL 60015** | **Attn: Marc Brilliant** | **Trade Debt** | | | | $23,073.60 |
| **Dazian 18 Central Blvd. South Hackensack, NJ 07606** | **Attn: Carol Bishop** **cbishop@dazian.com 201-563-9158** | **Trade Debt** | | | | $13,415.00 |
| **Sefar Inc. 111 Calumet Street Depew, NY 14043** | **Attn: Matthew Paladino** **matthew.paladino @sefar.us 716-601-3194** | **Trade Debt** | | | | $10,292.31 |
| **Alder Color Solutions 2100 NW 22nd Ave Ste. 200 Portland, OR 97210** | **Attn: Heather Flues** **heatherf@aldertech.com 503-226-7598** | **Trade Debt** | | | | $9,000.00 |
| **Lincoln Financial 8801 Indian Hills Drive Omaha, NE 68114-4066** | **Attn: Sandra Bittner** **Sandra.bittner@lfg.com 833-261-3813** | **Life and Dental Insurance** | | | | $8,970.89 |
| **Stratosphere Networks, LLC 1732 Central St. Evanston, IL 60201** | **Attn: Pete Tichansky** **ptichansky@stratnet.com 847-440-1072** | **Trade Debt** | | | | $6,664.13 |
| **Box Inc. Dept 34666 PO BOX 39000 San Francisco, CA 94139** | **billing@box.com 877-729-4269** | **Trade Debt** | | | | $6,450.00 |
| **ComEd PO Box 6111 Carol Stream, IL 60197-6111** | | **Trade Debt** | | | | $3,964.02 |
| **Great Northern Lumber Inc. 2200 W. 127th Street Blue Island, IL 60406** | **Attn: Celeste Burke** **cburke@greatnorthernlumber.com 773-817-9807** | **Trade Debt** | | | | $2,591.25 |
| **Coating Methods Inc. 853 Commerce Parkway Carpentersville, IL 60110** | **chuck@coatingmethods.com 847-428-8800** | **Trade Debt** | | | | $2,439.50 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Dimension Design, Inc.**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **U.S. Bank Equipment Finance PO Box 790448 Saint Louis, MO 63179-0448** | **Attn: Anthony Rohlik**<br><br>**anthony.rohlik@usbank.com**<br>**866-834-9828** | **Copier Lease** | | | | **$2,329.05** |
| **First Communication Dept. 781115 Detroit, MI 48278-1115** | **ebill@firstcomm.com** | **Trade Debt** | | | | **$2,100.24** |
| **McMaster-Carr PO Box 7690 Chicago, IL 60680-7690** | **630-993-3003** | **Trade Debt** | | | | **$1,742.72** |
| **Grimco Inc. 29538 Network Place Chicago, IL 60673-1295** | **Attn: Kelly Burnau**<br><br>**kburnau@grimco.com**<br>**636-651-3287** | **Trade Debt** | | | | **$1,634.36** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**RESOLUTION**
**of**
**DIMENSION DESIGN, INC.**
**(an Illinois Corporation)**

**Effective as of September 30, 2020**

The undersigned, in their respective capacities as the president, sole shareholder, and sole director (collectively, the "<u>Parties</u>") of Dimension Design, Inc., an Illinois corporation (the "<u>Company</u>"), hereby consent in writing to the following resolutions.

WHEREAS, the Parties have considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions by written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Parties, it is desirable and in the best interest of the Company, its creditors, equity holder, and other interested parties to file a petition (the "<u>Petition</u>") seeking relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Northern District of Illinois (the "<u>Bankruptcy Court</u>");

RESOLVED FURTHER, that the Petition is adopted in all respects.  Michael J. Rogers (the "<u>Authorized Agent</u>") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Agent considers it appropriate;

RESOLVED FURTHER, that the Authorized Agent shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Agent may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Agent is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Levenfeld Pearlstein, LLC shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, brokers, investment bankers, accountants, restructuring professionals, financial advisors, and other

professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Agent;

RESOLVED FURTHER, that the Authorized Agent, and any employees or agents (including counsel) designated by or directed by such Authorized Agent, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Agent shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

### General Authorization

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Agent of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Agent of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Agent of the Company is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Agent or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned have executed this action by written consent as of the date first written above.

MICHAEL J. ROGERS                          MIKE ROGERS REVOCABLE TRUST

_____         By: _____
Michael J. Rogers                              Michael J. Rogers, Trustee
*President and Sole Director of the Company*     *Sole Shareholder of the Company*

2

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Dimension Design, Inc.**
_____
                              Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Mike Rogers Revocable Trust**<br>**3400 W. Lake Avenue**<br>**Glenview, IL 60026** | | **100%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 30, 2020** _____        Signature _____

**Michael J. Rogers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Dimension Design, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Dimension Design, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 30, 2020**

Date

**/s/ Harold D. Israel**

**Harold D. Israel**

Signature of Attorney or Litigant

Counsel for   **Dimension Design, Inc.**

**Levenfeld Pearlstein, LLC**
**2 N. LaSalle St.**
**Suite 1300**
**Chicago, IL 60602**
**312-346-8380**
**hisrael@lplegal.com**

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Dimension Design, Inc.**

                                          Debtor(s)

Case No.
Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **82**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 30, 2020**

**Michael J. Rogers/President**
Signer/Title

.

Advanced Disposal
PO Box 74008053
Chicago, IL 60674-8053


Aflac
1932 Wynnton Road
Columbus, GA 31999


Alder Color Solutions
2100 NW 22nd Ave
Ste. 200
Portland, OR 97210


Associated Fastening Products, Inc
700 Hilltop Drive
Itasca, IL 60143


AW Specialty Papers LLC
1500 Greenleaf Ave
Elk Grove Village, IL 60007


Bank of America
PO Box 45224
Jacksonville, FL 32232-5224


Blue Cross Blue Shield
PO Box 1186
Chicago, IL 60690-1186


Blue Cross Blue Shield
300 E. Randolph St.
Chicago, IL 60601


Box Inc.
Dept 34666
PO BOX 39000
San Francisco, CA 94139


Box Inc.
ILLINOIS CSC
801 Adlai Stevenson Dr.
Springfield, IL 62703

Butta Design Inc.
5517 W. 133rd Ave
Crown Point, IN 46307


C & M  Recycling Inc
1600 Morrow Ave
North Chicago, IL 60064


California Dept. of Tax & Fee Admin
450 N St, Sacramento
Sacramento, CA 95814


Canteen Refreshment Service
Division of Compass Group
PO BOX 91337
Chicago, IL 60693-1337


Castro, Charles
2153 Taurus Court
Fernandina Beach, FL 32034


CBRE
321 N Clark St
Chicago, IL 60654


Century Link
PO Box 2961
Phoenix, AZ 85062-2961


Chase
PO Box 1423
Charlotte, NC 28201-1423


Classic Molding Co, Inc
3800 Wesley Terrace
Schiller Park, IL 60176


Coating Methods Inc.
853 Commerce Parkway
Carpentersville, IL 60110


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

ComEd
PO Box 6111
Carol Stream, IL 60197-6111


ComEd
CORPORATE CREATIONS NETWORK
350 S NORTHWEST HWY 300
Park Ridge, IL 60068


Configure One, Inc.
900 Jorie Blvd.
Ste 190
Oak Brook, IL 60523


Cook County Collector
69 West Washington, Suite 2830
Chicago, IL 60602


Coverall North America Inc.
2955 Momentum Place
Chicago, IL 60689


Dazian
18 Central Blvd.
South Hackensack, NJ 07606


Dazian
89 Leuning Street
South Hackensack, NJ 07606


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Dietsch, Frederick & Theresa
1921 Bishop Estates Rd.
Saint Johns, FL 32259


Dietsch, Frederick & Theresa
Attention: Marvin C. Kloeppel
501 Riverside Avenue, Suite 600
Jacksonville, FL 32202

Domino Plastics MFG. Inc.
601 Gateway Court
Bakersfield, CA 93307


EFI Vutek
PO Box 742366
Los Angeles, CA 90074-2366


EWS Welding Supply
1161 McCabe
Elk Grove Village, IL 60007


FedEx
PO Box 94515
Palatine, IL 60094-4515


First Communication
Dept. 781115
Detroit, MI 48278-1115


Gerber Technology Inc.
PO Box 95060
Chicago, IL 60694-5060


Gerber Technology Inc.
24 Industrial Park Road West
Tolland, CT 06084


Great Northern Lumber Inc.
2200 W. 127th Street
Blue Island, IL 60406


Grimco Inc.
29538 Network Place
Chicago, IL 60673-1295


Grimco Inc.
Attn: CT Corp
208 S. LaSalle, Suite 814
Chicago, IL 60604


Hanmi Bank
3660 Wilshire Blvd., Ph. A
Los Angeles, CA 90010

Home Depot
655 Lake Cook Rd.
Deerfield, IL 60015


HP Inc.
P.O. Box 419520
Boston, MA 02241-9520


IC Industrial Illinois LLC
Glenview 2 - ychi0902
PO Box 82551
Goleta, CA 93118


Illinois Department of Revenue
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794


Illinois Dept. of Employment Sec.
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680


JMM CPA
872 S. Milwaukee Ave
Suite 124
Libertyville, IL 60048


John Belmont Company
6243 Park Ave.
Morton Grove, IL 60053


JPMorgan Chase Bank, N.A.
10 S. Dearborn, Floor L2
IL 1-1145
Chicago, IL 60603


JPMorgan Chase Bank, N.A.
Attn: Jason J. Gorak
600 N. Meacham Rd., Floor 03
Schaumburg, IL 60173


K.B. Transportation, Inc.
7340 Hamilton Ave
Willowbrook, IL 60527-6910

Legion Graphics, LLC
800 Belle Terre Parkway
Suite 200, Box 194
Palm Coast, FL 32164


Lenzip
3000 Tollview Dr.
Rolling Meadows, IL 60008


Lincoln Financial
8801 Indian Hills Drive
Omaha, NE 68114-4066


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


McMaster-Carr
Attn: CT Corp.
208 S. LaSalle St., Suite 814
Chicago, IL 60604


Metal Supermarkets
6285 West Howard
Niles, IL 60714


New Image Technologies
380 Industrial Dr.
South Elgin, IL 60177


NextGen
7165 Bermuda Rd.
Hazleton, IN 47640


NV Energy
PO Box 30086
Reno, NV 89520-3086


Old Orchard Aquarium
9235 Skokie Blvd.
Skokie, IL 60077


Oracle America, Inc.
500 Oracle Parkway
Redwood City, CA 94065

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874


Praxair Distribution
Dept. CH 10660
Palatine, IL 60055-0660


Republic Services
PO Box 78829
Phoenix, AZ 85062-8829


Rockey Structures, LLC
751 South Clark Street
Suite 200
Chicago, IL 60605


Safety-Kleen
1506 E. Villa Street
Elgin, IL 60120


Saturn Manufacturing Company Inc
PO Box 1377
Deerfield, IL 60015


Sefar Inc.
111 Calumet Street
Depew, NY 14043


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Stratosphere Networks, LLC
1732 Central St.
Evanston, IL 60201


Trivantage, LLC
75 Remittance Drive
Chicago, IL 60675-6102


TVF Inc.
PO Box 2050
Carmel, IN 46082

U.S. Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448


U.S. Small Business Administration
2 North St.
Suite 320
Birmingham, AL 35203


United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


Village of Glenview
2500 East Lake Avenue
Glenview, IL 60026


WIPFLI, LLC
485 E. Half Day Rd, Suite 250
Buffalo Grove, IL 60089


WOW Business
PO Box 4350
Carol Stream, IL 60197-4350


Zoom Video Communications, Inc.
PO Box 398843
San Francisco, CA 94139-8843